**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF VIRGINIA**

Alexandria Division

|  |  |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | 1:23-MJ-136 |
| DAVID VIRAY, | |
| *Defendant*. | |

**NOTICE OF INTENT TO FILE DOCUMENTS UNDER SEAL**

The United States, by counsel, provides notice of intent to file a document containing confidential personal information about the defendant under seal pursuant to Local Criminal Rule 49(E).

Respectfully submitted,

Jessica D. Aber
United States Attorney

By:      /s/                                        
Philip Alito
Assistant United States Attorney
2100 Jamieson Avenue
Alexandria, Virginia 22314
Telephone:    703-299-3700
Fax:            703-299-3890
Philip.Alito@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that, on August 15, 2023, I electronically filed the foregoing with the

Clerk of Court using the CM/ECF system, which automatically generated a Notice of Electronic

Filing to counsel of record in this case.

/s/_____
Philip Alito
Assistant United States Attorney